# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                          No. 4:10CR00208 JLH

NICOS NICOLAOU                                                     DEFENDANT

## ORDER

The United States has filed a motion to dismiss the indictment. The defendant has responded and stated that he has no objection. The motion to dismiss is therefore GRANTED. Document #33. The indictment against Nicos Nicolaou is hereby dismissed.

IT IS SO ORDERED this 20th day of September, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE